FILED

AO 91 (Rev. 08/09)  Criminal Complaint

JUL 2 4 2023

# UNITED STATES DISTRICT COURT

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ 
DEPUTY CLERK

for the

Western District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:23-m-02019,001 |
| Misael  MUNIZ | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____07/23/2023_____ in the county of _____Maverick_____ in the _____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18   USC   554 | Did knowingly, unlawfully, and intentionally attempt to export or cause to be exported (1) AR 15 rifle, (4) shotguns, (9) handguns, and (26) firearm magazines from the United States to a place outside of the United States. |

This criminal complaint is based on these facts:

See attachment "A"

☒ Continued on the attached sheet.

_____
Complainant's signature

Shane Petrosky, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: _____07/24/2023_____

_____
Judge's signature

City and state: _____Del Rio, Texas_____  Collis White, United States Magistrate Judge
Printed name and title

2:23-m-02019,001

## ATTACHMENT "A"

On July 23, 2023, at approximately 12:10 a.m., U.S. Customs and Border Protection Officers (CBPOs) assigned to the Camino Real Port of Entry Eagle Pass Bridge II A-TCET team conducted an outbound inspection on a black GMC Yukon pulling a box trailer attempting to depart the United States and enter Mexico. The vehicle bearing Oklahoma license plates was registered to passenger Misael MUNIZ (hereinafter referred to as "MUNIZ"), a lawful permanent resident of the United States from Mexico. The vehicle was occupied by additional passengers paying MUNIZ to have their possessions and themselves transported from Tulsa, Oklahoma to Guanajuato, Mexico. The vehicle driver at the time of encounter arranged with MUNIZ to take shifts driving in return for free transportation.

A search of the box trailer revealed one (1) AR 15 rifle, four (4) shotguns, nine (9) handguns, and twenty-six (26) firearm magazines concealed within false compartments inside a large black Atwood toolbox and an air compressor.

Homeland Security Investigations (HSI) and Customs and Border Protection conducted a post Miranda interview of MUNIZ during which he claimed knowledge of an unknown number or type of firearms concealed within both the toolbox and air compressor. MUNIZ stated he was paid eight hundred and eighty United States Dollars ($880.00) to transport the firearms and was to be paid an additional unknown sum of money, determined upon the caliber of each weapon, upon arrival at his home in Mexico. MUNIZ stated no other vehicle occupants were aware of the firearms. MUNIZ stated he knew it was illegal to export the weapons and did not present a valid license to export firearms from the United States to Mexico